1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4   Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-076-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING DEFENDANT VICTOR GONZALEZ'S SENTENCING |
| v. | |
| VICTOR GONZALEZ, | |
| Defendants. | Court: Hon. Lawrence K. Karlton |

Plaintiff United States of America and defendant Victor Gonzalez, through their respective counsel, stipulate and agree to continue the sentencing hearing in this case from March 25, 2014, at 9:15 a.m., to October 21, 2014, at 9:15 a.m.  This request for a continuance is made on the grounds that there are issues related to sentencing that remain unresolved and which constitute good cause to change the time limits for sentencing within the meaning of F.R.Crim.P. 32(b)(2).  Specifically, the parties need

///
///
///

1

additional time to determine whether there are grounds for a departure from the applicable sentencing guideline range.

Dated: March 24, 2014                    /s/ Dwight Samuel
                                      By:
                                         DWIGHT SAMUEL
                                         Attorney for defendant
                                         VICTOR GONZALEZ


Dated: March 24, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Samuel Wong

                                      By:
                                         SAMUEL WONG
                                         Assistant U.S. Attorney

_____

ORDER

Pursuant to stipulation of the parties and good cause appearing therefrom, IT IS HEREBY ORDERED, pursuant to F.R.Crim.P. 32(b)(2), that the sentencing hearing in this case for defendant Victor Gonzalez shall be continued from March 25, 2014, at 9:15 a.m., to October 21, 2014, at 9:15 a.m.

Dated: March 24, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT