DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
VICTOR GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>VICTOR GONZALEZ,<br><br>          Defendant. | No.  11-CR-076 JAM<br><br>**STIPULATION AND  ORDER TO CONTINUE JUDGEMENT AND SENTENCING DATE** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Samuel Wong, and defendant Victor Gonzalez through his undersigned counsel Dwight Samuel, that the previously scheduled judgement and sentencing date of June 23, 2015, be vacated and the matter be continued to July 21, 2015 at 9:15 am.

The reason for this request is that the PSR was originally completed without consideration of the new 2014 guideline ranges. Since this was a plea agreement, issues have arisen between the parties that need to be further discussed and resolved. The parties need more time in which to renegotiate the final recommendation to this court. In addition defendant is aware of this development and is in agreement to continue this matter.

It is further agreed and stipulated that the ends of justice are served in granting the request

1

and that the continuance of this matter on calendar is in the best interests of the public and the

defendant.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: June 1, 2015                          _/s/ Dwight M. Samuel__
                                             Dwight M. Samuel
                                             Attorney for Defendant
                                             VICTOR GONZALEZ



Date: June 1, 2015                          ___/s/_____
                                             United States Attorney
                                             Benjamin B. Wagner
                                             By Assistant U.S. Attorney
                                             Samuel Wong

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good

cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

finds that the ends of justice to be served by granting the requested continuance on calendar of

judgement and sentencing and is in the best interests of the public and the defendant.

It is ordered that the June 23, 2015 sentencing date be vacated and reset for July 21, 2015 at

9:15 a.m.

IT IS SO ORDERED.

DATED:  6/1/2015

                                             /s/ John A. Mendez_____
                                             Honorable Judge John A. Mendez
                                             United States District Court  Judge