DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
VICTOR GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR GONZALEZ,<br><br>　　　　　Defendant. | No. 11-CR-076 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING DATE** |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Samuel Wong, and defendant Victor Gonzalez through his undersigned counsel Dwight Samuel, that the previously scheduled judgement and sentencing date of July 21, 2015, be vacated and the matter be continued to September 22, 2015 at 9:15 am.

　　　　The reason for this request is that the PSR was originally completed without consideration of the new 2014 guideline ranges. Since this was a plea agreement, issues have arisen between the parties that need to be further discussed and resolved. The parties have been in negotiations and continue to work towards an acceptable resolution. It is anticipated that on September 22, 2015 sentencing will occur, however the parties need more time to complete their agreement.

1

I have contacted the probation department and the date selected is acceptable. In addition defendant is aware of this development and is in agreement to continue this matter.

It is further agreed and stipulated that the ends of justice are served in granting the request and that the continuance of this matter on calendar is in the best interests of the public and the defendant.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: July 15, 2015          /s/ Dwight M. Samuel
                             Dwight M. Samuel
                             Attorney for Defendant
                             VICTOR GONZALEZ


Date: July 15, 2015          /s/ Samuel Wong (authorized July15,2015)
                             United States Attorney
                             Benjamin B. Wagner
                             By Assistant U.S. Attorney
                             Samuel Wong

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance on calendar of judgement and sentencing and is in the best interests of the public and the defendant.

It is ordered that the July 21, 2015 sentencing date be vacated and reset for September 22, 2015 at 9:15 a.m.

IT IS SO ORDERED.

DATED:  7/15/15

/s/ John A. Mendez

Honorable Judge John A. Mendez
United States District Court Judge